TRUEPOSITION INC., Appellant

v.

POLARIS WIRELESS, INC., Appellee.

No. 2015–1330.

United States Court of Appeals,
Federal Circuit.

Dec. 15, 2015.

Michael J. Bonella, Condo Roccia Koptiw LLP, Philadelphia, PA, argued for appellant. Also represented by Michael Jordan.

Jason Paul Demont, Kaplan, Breyer, Schwarz & Ottesen, LLP, Matawan, NJ, argued for appellee. Also represented by Kenneth Ottesen; Vincent McGeary, Michael Cukor, McGeary Cukor LLC, Morristown, NJ; Brad Pedersen, Patterson Thuente Pedersen, P.A., Minneapolis, MN.

Joseph Matal, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Thomas W. Krause, Scott Weidenfeller, Jeremiah Helm.

DYK, BRYSON, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**